# IN THE SUPREME COURT OF THE STATE OF NEVADA

JACOB DANIEL HOUSER,
                    Appellant,
              vs.
THE STATE OF NEVADA,
                    Respondent.

No. 75207

**FILED**

SEP 17 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order denying a postconviction petition for a writ of habeas corpus. First Judicial District Court, Carson City; James Todd Russell, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that he has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, we

ORDER this appeal DISMISSED.[1]

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

---

[1]Given this dismissal, we take no action on respondent's motions to transmit presentence investigation reports.

18-36179

cc: Hon. James Todd Russell
Jacob Daniel Houser
John E. Malone
Attorney General/Carson City
Carson City District Attorney
Carson City Clerk